Exhibit - D

EEOC Charge Number: 523-2026-02998

Charging Party: CASILLE E. Fonseca

Respondent: MASSACHUSETTS STATE POLICE

This notice is being sent to you because you recently filed a charge 523-2026-02998 with the U.S. Equal Employment Opportunity Commission (EEOC). EEOC is pleased to inform you that you can now access information about your charge through a secure website, the EEOC Public Portal.

EEOC's Public Portal allows you to:

• Update your contact info

• Upload a letter of representation from your attorney if you have one

• Upload documents supporting your charge

• Request the respondent's Position Statement if it submits one, and upload your response

• Check the status of your charge

To access your charge information online:

1. Go to EEOC Public Portal

2. Click Register in the upper-right corner of the screen.

> Enter your contact information and create a password.

> When you create your account, you'll automatically log into the Portal.

3. Once you're logged-in, you'll be taken directly to your charge.

IMPORTANT! When entering your contact information, enter the Email Address that this notice was sent to.

What You Should Do Next:

There are a few important things to keep in mind after filing a charge with EEOC, particularly: