Exhibit - E

This notice is being sent to you because you recently filed a charge 523-2026-03265 with the U.S. Equal Employment Opportunity Commission (EEOC). EEOC is pleased to inform you that you can now access information about your charge through a secure website, the EEOC Public Portal.

EEOC's Public Portal allows you to:

- Update your contact info
- Upload a letter of representation from your attorney if you have one
- Upload documents supporting your charge
- Request the respondent's Position Statement if it submits one, and upload your response
- Check the status of your charge

To access your charge information online:

1. Go to EEOC Public Portal
2. Click Register in the upper-right corner of the screen.

> Enter your contact information and create a password.

> When you create your account, you'll automatically log into the Portal.

3. Once you're logged-in, you'll be taken directly to your charge.

IMPORTANT! When entering your contact information, enter the Email Address that this notice was sent to.

What You Should Do Next:

There are a few important things to keep in mind after filing a charge with EEOC, particularly:

☐ You must keep your documents – both paper and electronic

☐ Look for a job and keep records of your job search if you are unemployed

Given the high demand for EEOC's services and the agency's limited resources, we ask you to be patient. EEOC's investigation will vary based on many factors, including the agency's